# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| THINK FINANCE, LLC | : | |
| | : | |
| *Debtor.* | : | CASE NO. 17-33964-HDH-11 |
| | : | (Jointly Administered) |
| | : | |
| KENNETH REES AND | : | |
| THINK FINANCIAL ASSETS, LLC | : | |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | ADVERSARY NO. 20-03065-hdh |
| AXIS INSURANCE COMPANY, | : | |
| | : | |
| *Defendant.* | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled adversary action is dismissed in its entirety with prejudice, and each party will bear his/its own costs.

5464168v2

*[signature]*

JEFFREY R. LERMAN, ESQ.
MONTGOMERY, MCCRACKEN
WALKER & RHOADS, LLP
1735 Market Street, 19th Floor
Philadelphia, PA 19103
Phone: (215) 772-1500
Fax: (215) 772-7620
jlerman@mmwr.com


JEFFREY R. SECKEL, ESQ.
J. MARK CHEVALLIER, ESQ.
MCGUIRE CRADDOCK
STROTHER PC
500 N. Akard, Suite 2200
Dallas, Texas 75201
Phone: (214) 954-6800
Fax: (214) 954-6868
jseckel@mcslaw.com
mchevallier@mcslaw.com
*COUNSEL FOR KENNETH REES*

TYLER C. GERKING, ESQ.
PATRICK S. LOI, ESQ.
FARELLA BRAUN + MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
tgerking@fbm.com
ploi@fbm.com

DAVID R. TAUBENFELD, ESQ.
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5531
Fax: (214) 200-0686
david.taubenfeld@haynesboone.com
*COUNSEL FOR THINK FINANCIAL ASSETS, LLC*

5464168v2

/s/ [signature]

JEFFREY R. LERMAN, ESQ.
MONTGOMERY, MCCRACKEN
WALKER & RHOADS, LLP
1735 Market Street, 19th Floor
Philadelphia, PA 19103
Phone: (215) 772-1500
Fax: (215) 772-7620
jlerman@mmwr.com

TYLER C. GERKING, ESQ.
PATRICK S. LOI, ESQ.
FARELLA BRAUN + MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
tgerking@fbm.com
ploi@fbm.com

JEFFREY R. SECKEL, ESQ.
J. MARK CHEVALLIER, ESQ.
MCGUIRE CRADDOCK
STROTHER PC
500 N. Akard, Suite 2200
Dallas, Texas 75201
Phone: (214) 954-6800
Fax: (214) 954-6868
jseckel@mcslaw.com
mchevallier@mcslaw.com
*COUNSEL FOR KENNETH REES*

DAVID R. TAUBENFELD, ESQ.
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5531
Fax: (214) 200-0686
david.taubenfeld@haynesboone.com
*COUNSEL FOR THINK FINANCIAL ASSETS, LLC*

5464168v2